UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARCELINO MARTINEZ-RUIZ,<br><br>Defendant. | NO. CR-12-2016-EFS<br><br>**ORDER GRANTING THE USAO'S ORAL MOTION TO DISMISS, STRIKING ALL HEARINGS AND DEADLINES, AND CLOSING FILE** |
|---|---|

A pretrial conference occurred in this matter on November 9, 2012, concurrent with Defendant's sentencing in Cause No. CR-12-2019-EFS. Defendant Marcelino Martinez-Ruiz was present, represented by Alison Guernsey. Shawn Anderson appeared on behalf of the U.S. Attorney's Office (USAO). Before the Court was the parties' plea agreement in Cause No. CR-12-2019-EFS, which the Court previously construed as a motion by the USAO to dismiss the Indictment in the above-captioned case. *See* ECF No. 50.

At the hearing, the Court granted the USAO's motion and dismissed the Indictment. This Order memorializes the Court's oral ruling.

For the reasons stated on the record, **IT IS HEREBY ORDERED:**

1. The USAO's motion to dismiss the Indictment is **GRANTED**.

2. The Indictment, ECF No. 1, is **DISMISSED WITH PREJUDICE**.

//

ORDER ~ 1

3. All pending deadlines and hearing dates are **STRICKEN**, and all pending motions are **DENIED AS MOOT.**

4. The Clerk's Office shall **CLOSE** this file.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and to provide copies to all counsel, the U.S. Marshals Service, and the U.S. Probation Office.

**DATED** this   7th   day of November 2012.


                        S/ Edward F. Shea
                       EDWARD F. SHEA
               Senior United States District Judge

Q:\EFS\Criminal\2012\2016.dismiss.lc2.wpd

ORDER ~ 2